**Opinion issued November 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00919-CV

————————————

## IN RE VICKI JOHNS, INDIVIDUALLY AND AS AN HEIR OF BRIAN EDWARD JOHNS, DECEASED, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Vicki Johns, has filed a petition for writ of mandamus challenging the trial court's partial denial of her motion to compel discovery responses.[1] We **deny** the petition. Relator's motion for emergency stay is dismissed as moot.

---

[1]   The underlying case is *Frances Sowell, Individually and as Heir of Brian Edward Johns, Deceased, and as Administrator of the Estate of Brian Edward Johns, Deceased, et al. v. The Dow Chemical Company, Rohm and Haas Company, Rohm and Haas Texas, Inc., Tim Fox, and Julio Rodriguez*, cause number 415980-401, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Loyd Wright presiding.

## PER CURIAM

Panel consists of Justices Jennings, Keyes, and Bland.